| | |
|---|---|
| | THE HONORABLE JOHN H. CHUN |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEX BASICH, KRISTIN BONDLOW, MARQUIS BOYCE, JESSICA BREWER, and JAMARI BROWN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | No. 2:26-cv-00422-JHC<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO COMPLAINT**<br><br>NOTE ON MOTION CALENDAR: March 2, 2026 |

Plaintiffs Alex Basich, Kristin Bondlow, Marquis Boyce, Jessica Brewer, and Jamari Brown (together, "Plaintiffs") and Defendant, Microsoft Corporation (collectively, "the Parties"), by and through their undersigned counsel, hereby respectfully move this Court to enter an Order extending the deadline for Defendant's response to Plaintiffs' Complaint to May 1, 2026. As set forth below, good cause exists for the Parties' requested extension.

1. Plaintiffs filed the Complaint in this matter on February 5, 2026, and served the Complaint on Microsoft on February 9, 2026. Thus, Microsoft's deadline to respond to the Complaint is March 2, 2026.

2. Microsoft recently retained undersigned counsel, and undersigned counsel has begun investigating the allegations in the Complaint.

3. Given the complexity of the legal claims and factual matters at issue in the Complaint – including the technical features of Microsoft's products identified in the Complaint – Microsoft's initial investigation is ongoing and will require an extension of time beyond March 2, 2026 in order for Microsoft to adequately respond to the Complaint.

4. No prior request to extend the response deadline has been made. Because no other case deadlines have been set, extending the deadline for Defendant's response to the Complaint would not affect any other scheduled dates.

THEREFORE, the parties respectfully request that the Court enter the attached proposed order extending Microsoft's deadline to respond to the Complaint to May 1, 2026.

Respectfully submitted this 2nd day of March 2026.

*/s/ Erin K. Earl*
Erin K. Earl, WSBA No. 49341

*/s/ Susan D. Fahringer*
Susan D. Fahringer, WSBA No. 21567

**PERKINS COIE LLP**
1301 Second Avenue, Suite 4200
Seattle, WA 98101-3804
Phone: 206.359.8000
Fax: 206.359.9000
Email: EEarl@perkinscoie.com
Email: SFahringer@perkinscoie.com

*Attorneys for Defendant Microsoft Corporation*

1  */s/ Bradley S. Keller*
   Bradley S. Keller, WSBA #10665
2  Jofry M. McWilliam, WSBA #28441
   **BYRNES KELLER CROMWELL LLP**
3  1000 Second Avenue, 38th Floor
   Seattle, Washington 98104
4  Telephone: (206) 622-2000
   bkeller@byrneskeller.com
5  jmcwilliam@byrneskeller.com

6  Jonathan Waisnor (*pro hac vice*)
   James M. Fee (*pro hac vice*)
7  **LABATON KELLER SUCHAROW LLP**
   140 Broadway.
8  New York, NY 10005
   Telephone: (212) 907-0700
9  jwaisnor@labaton.com
   jfee@labaton.com
10

11 Brian Levin *(pro hac vice forthcoming)*
   Nicholas Miranda *(pro hac vice forthcoming)*
12 **LEVIN LAW, P.A.**
   2665 South Bayshore Drive, PH2B
13 Miami, Florida 33133
   brian@levinlawpa.com
14 Nicholas@levinlawpa.com

15 *Attorneys for Plaintiffs Alex Basich,*
   *Kristin Bondlow, Marquis Boyce,*
16 *Jessica Brewer, Jamari Brown,*
   *and the Proposed Class*
17
18
19
20
21
22
23
24
25
26

IT IS SO ORDERED.

DATED THIS ___ day of March, 2026.

_____
HONORABLE JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Erin K. Earl*
Erin K. Earl, WSBA No. 49341

*/s/ Susan D. Fahringer*
Susan D. Fahringer, WSBA No. 21567

**PERKINS COIE LLP**
1301 Second Avenue, Suite 4200
Seattle, WA 98101-3804
Phone: 206.359.8000
Fax: 206.359.9000
Email: EEarl@perkinscoie.com
Email: SFahringer@perkinscoie.com

*Attorneys for Defendant Microsoft Corporation*

*/s/ Bradley S. Keller*
Bradley S. Keller, WSBA #10665
Jofry M. McWilliam, WSBA #28441
**BYRNES KELLER CROMWELL LLP**
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
Telephone: (206) 622-2000
bkeller@byrneskeller.com
jmcwilliam@byrneskeller.com

Brian Levin *(pro hac vice forthcoming)*
Nicholas Miranda *(pro hac vice forthcoming)*
**LEVIN LAW, P.A.**
2665 South Bayshore Drive, PH2B
Miami, Florida 33133
brian@levinlawpa.com
Nicholas@levinlawpa.com

Jonathan Waisnor (*pro hac vice*)
James M. Fee (*pro hac vice*)
**LABATON KELLER SUCHAROW LLP**
140 Broadway.
New York, NY 10005

| | |
|---|---|
| 1 | Telephone: (212) 907-0700<br>jwaisnor@labaton.com |
| 2 | jfee@labaton.com |
| 3 | *Attorneys for Plaintiffs Alex Basich,* |
| 4 | *Kristin Bondlow, Marquis Boyce,*<br>*Jessica Brewer, Jamari Brown,* |
| 5 | *and the Proposed Class* |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |