UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEX BASICH, KRISTIN BONDLOW, MARQUIS BOYCE, JESSICA BREWER, and JAMARI BROWN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | No. 2:26-cv-00422-JHC<br><br>**STIPULATED MOTION AND ORDER TO EXTEND CASE DEADLINES**<br><br>NOTE ON MOTION CALENDAR: APRIL 28, 2026 |

Pursuant to Civil Local Rules 7(d)(1) and 10(g), Plaintiffs Alex Basich, Kristin Bondlow, Marquis Boyce, Jessica Brewer, and Jamari Brown (collectively, "Plaintiffs") and Defendant Microsoft Corporation ("Defendant" and, together with Plaintiffs, "the Parties"), by and through their respective attorneys, move the Court to enter an order briefly extending the current deadlines in this action and setting a briefing schedule for any motion(s) to compel arbitration and/or to dismiss under Rule 12 ("Motion(s)") that Defendant may file. In support of the foregoing request for relief, the Parties state as follows:

1.    Plaintiffs filed their Complaint on February 5, 2026, and served Defendant on February 9, 2026.

STIPULATED MOTION AND ORDER TO
EXTEND CASE DEADLINES – 1
(No. 2:26-cv-00422)

2.      Defendant thereafter retained counsel, conferred with Plaintiffs' counsel, and filed a stipulated motion to extend its deadline to respond to the Complaint to May 1, 2026, which the Court granted. Dkt. 8.

3.      On April 15, 2026, the Court issued an order requiring the parties to hold their Rule 26(f) conference by April 29, 2026, to exchange their initial disclosures by May 13, 2026, and to submit a joint status report by May 20, 2026. Dkt. 14.

4.      The Parties respectfully submit that good cause exists for a modest extension of those deadlines. Given the complexity of the legal claims and factual matters at issue in the Complaint—including the technical features of Microsoft's products identified in the Complaint—Microsoft's initial investigation remains ongoing. Further, the Parties are in the process of discussing the factual allegations in the Complaint and whether some or all of Plaintiffs' claims may be subject to binding arbitration.

5.      On April 23, 2026, the Parties conferred via videoconference about those issues and jointly agree that it would preserve the Parties' resources and promote judicial economy to extend the deadlines to conduct a Rule 26(f) conference and respond to the Complaint. The proposed extension will appropriately achieve those goals. Good cause thus supports the proposed extension.

6.      Neither Party will be prejudiced by this brief extension of case deadlines. Nor will the proposed extension result in any undue delay.

STIPULATED MOTION AND ORDER TO
EXTEND CASE DEADLINES – 2
(No. 2:26-cv-00422)

**PROPOSED DEADLINES**

The Parties stipulate to the following deadlines:

| Agreed Date | Deadline For: |
|---|---|
| May 22, 2026 | Defendant's Response to the Complaint, including any Motion(s) |
| May 27, 2026 | FRCP 26(f) Conference |
| June 5, 2026 | Initial Disclosures Pursuant to FRCP 26(a)(1) |
| June 15, 2026 | Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) |

Dated: April 28, 2026

By: */s/ Erin K. Earl*
    Susan D. Fahringer, Bar No. 21567
    Erin K. Earl, Bar No. 49341
    **Perkins Coie LLP**
    1301 Second Avenue, Suite 4200
    Seattle, Washington 98101-3804
    Telephone: +1.206.359.8000
    Facsimile: +1.206.359.9000
    SFahringer@perkinscoie.com
    EEarl@perkinscoie.com

*Attorneys for Defendant Microsoft Corporation*

By: */s/ Brian Levin*
    Bradley S. Keller , WSBA #10665
    Jofrey M. McWilliam, WSBA #28441
    1000 Second Avenue, 38th Floor
    Seattle, Washington 98104
    Telephone: (206) 622-2000
    bkeller@byrneskeller.com
    jmcwilliam@byrneskeller.com

    Brian Levin, *pro hac vice*
    Nicholas Miranda, *pro hac vice*
    **LEVIN LAW, P.A.**
    2665 South Bayshore Drive, PH2B
    Miami, Florida 33133
    brian@levinlawpa.com
    Nicholas@levinlawpa.com

    Jonathan Waisnor, *pro hac vice*
    James M. Fee, *pro hac vice*
    **LABATON KELLER SUCHAROW LLP**
    140 Broadway
    New York, NY 10005
    Telephone: (212) 907-0700
    jwaisnor@labaton.com
    jfee@labaton.com

*Attorneys for Plaintiffs*

STIPULATED MOTION AND ORDER TO
EXTEND CASE DEADLINES – 3
(No. 2:26-cv-00422)

**ORDER**

IT IS SO ORDERED.

Dated this 29th day of April, 2026.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER TO
EXTEND CASE DEADLINES
(No. 2:26-cv-00422)