UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALEX BASICH, KRISTIN BONDLOW, MARQUIS BOYCE, JESSICA BREWER, and JAMARI BROWN, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

MICROSOFT CORPORATION,

Defendant.

No. 2:26-cv-00422-JHC

**STIPULATED MOTION AND ORDER EXTENDING PLAINTIFFS' DEADLINE TO AMEND COMPLAINT AND SETTING BRIEFING SCHEDULE**

**NOTE ON MOTION CALENDAR: JUNE 10, 2026**

Plaintiffs, Alex Basich, Kristin Bondlow, Marquis Boyce, Jessica Brewer, and Jamari Brown (collectively, "Plaintiffs") and Defendant Microsoft Corporation ("Microsoft" or "Defendant"), (collectively, "the Parties") hereby stipulate as follows:

1. On February 5, 2026, Plaintiffs filed a Class Action Complaint (the "Complaint," Dkt. 1) and served the Complaint on Microsoft on February 9, 2026.

2. On March 2, 2026, the Parties filed a Stipulated Motion and [Proposed] Order to Extend Defendant's Deadline to Respond to Complaint (Dkt. 7) and on March 3, 2026, an Order was entered granting the Stipulated Motion and [Proposed] Order to Extend Defendant's Deadline to Respond to Complaint (Dkt. 8).

3. On April 28, 2026, the Parties filed a Stipulated Motion and [Proposed] Order to

STIPULATED MOTION AND ORDER SETTING
BRIEFING SCHEDULE
(No. 2:26-cv-00422)

Extend Case Deadlines (Dkt. 15) and on April 29, 2026, an Order was entered granting the Stipulated Motion and [Proposed] Order to Extend Case Deadlines (Dkt. 16).

4. On May 22, 2026, Defendant filed its Motion to Dismiss Plaintiffs' Class Action Complaint (Dkt. 18).

5. Plaintiffs intend to amend their Complaint but desire an additional week to do so.

6. The Parties agree that entering a schedule governing the filing of the amended Complaint and any subsequent Rule 12 briefing will further the orderly administration of this action.

7. Accordingly, the parties hereby propose the following schedule.

**PROPOSED BRIEFING SCHEDULE**

| June 22, 2026 | Deadline for Plaintiffs to Amend Complaint |
|---|---|
| July 23, 2026 | Deadline for Defendant to Answer or Otherwise Respond to Amended Complaint |
| August 27, 2026 | If Defendant Moves to Dismiss: Deadline for Plaintiffs to Respond to that Motion |
| September 14, 2026 | If Defendant Moves to Dismiss: Deadline for Defendant to File Reply in Support of that Motion |

8. The Parties also agree that, assuming Plaintiffs amend their complaint by the above deadline, Defendant's Motion to Dismiss Plaintiffs' Class Action Complaint (Dkt. 18) will become moot. This in no way limits Defendant's ability to file a subsequent motion in response to the Amended Complaint.

STIPULATED MOTION AND ORDER SETTING
BRIEFING SCHEDULE
(No. 2:26-cv-00422)

Respectfully Submitted on June 10, 2026,

By: /s/ Erin K. Earl
    Susan D. Fahringer, Bar No. 21567
    Erin K. Earl, Bar No. 49341
    **PERKINS COIE LLP**
    1301 Second Avenue, Suite 4200
    Seattle, Washington 98101-3804
    Telephone: +1.206.359.8000
    Facsimile: +1.206.359.9000
    sfahringer@perkinscoie.com
    eearl@perkinscoie.com

*Attorneys for Defendant Microsoft Corporation*

By: /s/ Brian Levin
    Bradley S. Keller , WSBA #10665
    Jofre M. McWilliam, WSBA #28441
    1000 Second Avenue, 38th Floor
    Seattle, Washington 98104
    Telephone: (206) 622-2000
    bkeller@byrneskeller.com
    jmcwilliam@byrneskeller.com

    Brian Levin, *pro hac vice*
    Nicholas Miranda, *pro hac vice*
    **LEVIN LAW, P.A.**
    2665 South Bayshore Drive, PH2B
    Miami, Florida 33133
    brian@levinlawpa.com
    Nicholas@levinlawpa.com

    Jonathan Waisnor, *pro hac vice*
    James M. Fee, *pro hac vice*
    Thomas G. Hoffman, Jr. (*pro hac vice* forthcoming)
    **LABATON KELLER SUCHAROW LLP**
    140 Broadway
    New York, NY 10005
    Telephone: (212) 907-0700
    jwaisnor@labaton.com
    jfee@labaton.com
    thoffman@labaton.com

*Attorneys for Plaintiffs*

STIPULATED MOTION AND ORDER SETTING
BRIEFING SCHEDULE
(No. 2:26-cv-00422)

**ORDER**

IT IS SO ORDERED.

Dated this 10th day of June, 2026.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER SETTING
BRIEFING SCHEDULE
(No. 2:26-cv-00422)