UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALEX BASICH, KRISTIN BONDLOW, MARQUIS BOYCE, JESSICA BREWER, and JAMARI BROWN, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

MICROSOFT CORPORATION,

Defendant.

No. 2:26-cv-00422-JHC

**STIPULATED MOTION AND ORDER EXTENDING THE PARTIES' DEADLINE TO SUBMIT JOINT STATUS REPORT AND DISCOVERY PLAN**

**NOTE ON MOTION CALENDAR: JUNE 15, 2026**

Plaintiffs, Alex Basich, Kristin Bondlow, Marquis Boyce, Jessica Brewer, and Jamari Brown (collectively, "Plaintiffs") and Defendant Microsoft Corporation ("Microsoft" or "Defendant"), (collectively, "the Parties") hereby stipulate as follows:

1. On February 5, 2026, Plaintiffs filed a Class Action Complaint (the "Complaint," Dkt. 1) and served the Complaint on Microsoft on February 9, 2026.

2. On April 15, 2026, the Court issued an order requiring the Parties to hold their Rule 26(f) conference by April 29, 2026 , and to submit a joint status report by May 20, 2026. Dkt. 14.

3. On April 28, 2026, the Parties filed a Stipulated Motion and [Proposed] Order to Extend Case Deadlines (Dkt. 15) and on April 29, 2026, an Order was entered granting the Stipulated Motion and [Proposed] Order to Extend Case Deadlines (Dkt. 16). That order extended

STIPULATED MOTION AND ORDER EXTENDING
JOINT STATUS REPORT DEADLINE
(No. 2:26-cv-00422)

the deadline to conduct the 26(f) conference to May 27, 2026 and the deadline to submit the joint status report and discovery plan to June 15, 2026.

4. The Parties conducted their 26(f) conference on May 26, 2026.

5. The Parties have exchange of drafts of the joint status report and discovery plan but agree that they would benefit from an additional 48 hours to streamline the document and narrow potential disputes. A short extension will help produce a more useful document that will save the Court time and further the orderly administration of this action.

6. Accordingly, the Parties hereby propose that the June 15, 2026 deadline to submit the joint status report and discovery plan be extended to June 17, 2026.

STIPULATED MOTION AND ORDER EXTENDING
JOINT STATUS REPORT DEADLINE
(No. 2:26-cv-00422)

Respectfully Submitted on June 15, 2026,

By: /s/ Erin K. Earl
    Susan D. Fahringer, Bar No. 21567
    Erin K. Earl, Bar No. 49341
    **PERKINS COIE LLP**
    1301 Second Avenue, Suite 4200
    Seattle, Washington 98101-3804
    Telephone: +1.206.359.8000
    Facsimile: +1.206.359.9000
    sfahringer@perkinscoie.com
    eearl@perkinscoie.com

*Attorneys for Defendant Microsoft
Corporation*

By: /s/ Brian Levin
    Bradley S. Keller , WSBA #10665
    Jofre M. McWilliam, WSBA #28441
    1000 Second Avenue, 38th Floor
    Seattle, Washington 98104
    Telephone: (206) 622-2000
    bkeller@byrneskeller.com
    jmcwilliam@byrneskeller.com

    Brian Levin, *pro hac vice*
    Nicholas Miranda, *pro hac vice*
    **LEVIN LAW, P.A.**
    2665 South Bayshore Drive, PH2B
    Miami, Florida 33133
    brian@levinlawpa.com
    Nicholas@levinlawpa.com

    Jonathan Waisnor, *pro hac vice*
    James M. Fee, *pro hac vice*
    Thomas G. Hoffman, Jr. (*pro hac vice*
    forthcoming)
    **LABATON KELLER SUCHAROW LLP**
    140 Broadway
    New York, NY 10005
    Telephone: (212) 907-0700
    jwaisnor@labaton.com
    jfee@labaton.com
    thoffman@labaton.com

*Attorneys for Plaintiffs*

STIPULATED MOTION AND ORDER EXTENDING
JOINT STATUS REPORT DEADLINE
(No. 2:26-cv-00422)

**ORDER**

IT IS SO ORDERED.

Dated this 16th day of June, 2026.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE