UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEX BASICH, KRISTIN BONDLOW, MARQUIS BOYCE, JESSICA BREWER, and JAMARI BROWN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | No. 2:26-cv-00422-JHC<br><br>**STIPULATED MOTION AND ORDER EXTENDING BRIEFING DEADLINES FOR DEFENDANT'S MOTION TO COMPEL ARBITRATION [DKT. 34] AND DEFENDANT'S MOTION TO DISMISS [DKT. 36]**<br><br>**NOTE ON MOTION CALENDAR: AUGUST 7, 2026** |

Plaintiffs Alex Basich, Kristin Bondlow, Marquis Boyce, Jessica Brewer, and Jamari Brown (collectively, "Plaintiffs") and Defendant Microsoft Corporation ("Microsoft" or "Defendant") (collectively, "the Parties") hereby stipulate as follows:

1. On June 10, 2026, the Parties filed a Stipulated Motion and [Proposed] Order Extending Plaintiffs' Deadline to Amend Complaint and Setting Briefing Schedule (Dkt. 22). The stipulated motion was granted that same day, setting the deadline for Plaintiffs to amend their complaint, the deadline for Microsoft to answer or otherwise respond to that amended complaint, and a briefing schedule if Microsoft moved to dismiss the amended complaint (Dkt. 23).

2. On June 22, 2026, Plaintiffs filed an Amended Class Action Complaint (Dkt. 30).

3. On July 23, 2026, Defendant filed a Motion to Compel Arbitration and Stay Proceedings (the "Motion to Compel") (Dkt. 34). Plaintiffs' Opposition to the Motion to Compel is currently due on August 13, 2026.

4. On July 23, 2026, Defendant filed a Motion to Dismiss Plaintiffs' Amended Class Action Complaint (the "Motion to Dismiss") (Dkt. 36). Plaintiffs' Opposition to the Motion to Dismiss is currently due on August 27, 2026.

5. The Parties have conferred and agree that it is in the interests of judicial economy for Plaintiffs to submit their opposition briefs to the Motion to Compel and the Motion to Dismiss both on September 3, 2026, and for Defendant to submit its reply briefs in further support of both motions on October 2, 2026.

6. Accordingly, the Parties hereby propose and stipulate that the current briefing deadlines for the opposition briefs to the Motion to Compel and Motion to Dismiss both be extended to September 3, 2026, and that the deadlines for Defendant's reply briefs in support of both motions be extended to October 2, 2026.

Respectfully Submitted on August 7, 2026,

By: */s/ Erin K. Earl*
Susan D. Fahringer, Bar No. 21567
Erin K. Earl, Bar No. 49341
Evan Molineux, Bar No. 62994
**Ashurst Perkins Coie US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
Susan.Fahringer@ashurstperkins.com
Erin.Earl@ashurstperkins.com
Evan.Molineux@ashurstperkins.com

Colin Lubelczyk, *pro hac vice*
**Ashurst Perkins Coie US LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, Oregon 97209-4128
Telephone: +1.503.727.2000
Facsimile: +1.503.727.2222
Colin.Lubelczyk@ashurstperkins.com

*Attorneys for Defendant Microsoft Corporation*

By: */s/ Jonathan D. Waisnor*
Jonathan Waisnor, *pro hac vice*
James M. Fee, *pro hac vice*
Thomas G. Hoffman, Jr., *pro hac vice*
**LABATON KELLER SUCHAROW LLP**
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
jwaisnor@labaton.com
jfee@labaton.com
thoffman@labaton.com

Brian Levin, *pro hac vice*
Nicholas Miranda, *pro hac vice*
**LEVIN LAW, P.A.**
2665 South Bayshore Drive, PH2B
Miami, Florida 33133
brian@levinlawpa.com
Nicholas@levinlawpa.com

By: */s/ Bradley S. Keller*
Bradley S. Keller, WSBA #10665

By */s/ Jofrey M. McWilliam*
Jofrey M. McWilliam, WSBA #28441
**BYRNES KELLER CROMWELL LLP**
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
Telephone: (206) 622-2000
bkeller@byrneskeller.com
jmcwilliam@byrneskeller.com

*Attorneys for Plaintiffs*

**ORDER**

IT IS SO ORDERED. The Court DIRECTS the Clerk to re-note the motions at Dkt. ## 34 and 36 for October 2, 2026.

Dated this 7th day of August, 2026.

John H. Chun

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE