UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALEX BASICH, KRISTIN BONDLOW, MARQUIS BOYCE, JESSICA BREWER, and JAMARI BROWN, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

v.

MICROSOFT CORPORATION,

Defendant.

Case No. 2:26-cv-00422-JHC

**STIPULATED MOTION AND ORDER TO EXTEND BRIEFING SCHEDULE FOR MOTION FOR A PROTECTIVE ORDER**

NOTE ON MOTION CALENDAR:
October 22, 2026

Pursuant to Local Civil Rules 7(d)(1) and 10(g), Plaintiffs Alex Basich, Kristin Bondlow, Marquis Boyce, Jessica Brewer, and Jamari Brown ("Plaintiffs") and Defendant Microsoft Corporation ("Microsoft" and together with Plaintiffs, the "Parties"), respectfully request that the Court enter an Order briefly extending the current opposition and reply briefing deadlines relating to Microsoft's Motion for a Protective Order Staying Discovery Unrelated to Arbitrability (Dkt. No. 51).

In support of the foregoing request, the Parties state as follows:

1. On October 8, 2026, the Parties met and conferred regarding Microsoft's Responses and Objections to Plaintiffs' First Set of Requests for Production.

2. On October 13, 2026, Microsoft's counsel emailed Plaintiffs' counsel to follow up on the meet-and-confer. Among other things, Microsoft stated that it anticipates serving supplemental responses and objections to Plaintiffs' discovery requests by October 23, 2026. *See* Dkt. 52-1 at p. 229.

3. That same day, Microsoft filed its Motion for a Protective Order Staying Discovery Unrelated to Arbitrability (Dkt. No. 51) (the "Motion for a Protective Order"). That Motion generally argues that discovery unrelated to arbitrability should be stayed until Microsoft's pending Motion to Compel Arbitration and Stay Proceedings (Dkt. No. 34) is resolved.

4. Under Local Civil Rule 7(d)(2), Plaintiffs' Opposition to the Motion for a Protective Order is due no later than October 22, 2026, and Microsoft's Reply is due no later than October 27, 2026.

5. Plaintiffs thus are currently required to file their Opposition to Microsoft's Motion for a Protective Order on October 22, 2026, which is before Microsoft anticipates serving its supplemental responses and objections to Plaintiffs' discovery requests on October 23, 2026.

6. On October 21, 2026, Plaintiffs' counsel asked whether Microsoft would agree to a one-week extension of the briefing schedule for Microsoft's Motion for a Protective Order,

making Plaintiffs' Opposition due on October 29, 2026, and Microsoft's Reply due on November 3.

7. Plaintiffs respectfully submit that good cause exists for a modest extension of the briefing deadlines for the Motion for a Protective Order. Plaintiffs' view is that this brief extension would allow Microsoft's Motion for a Protective Order to be litigated on a full record with all relevant facts, and could potentially narrow the scope of certain disputes.

8. Microsoft disagrees that any extension is necessary and disagrees that its supplemental responses and objections to Plaintiffs' discovery requests are relevant to the issues raised in its Motion for a Protective Order. Nonetheless, Microsoft does not oppose Plaintiffs' requested extension of the briefing schedule as a professional courtesy and to avoid burdening the Court with unnecessary disputes, provided that Microsoft receives a brief extension of the deadline for its Reply.

9. The Parties thus respectfully submit that good cause exists for a modest extension of the briefing schedule for Microsoft's Motion for a Protective Order.

10. Neither Party will be prejudiced by this brief extension of case deadlines. Nor will the proposed extension result in any undue delay.

**PROPOSED DEADLINES**

The Parties stipulate to the following deadlines:

| **Agreed Date** | **Deadline For:** |
|---|---|
| October 29, 2026 | Plaintiffs' Opposition to Microsoft's Motion for a Protective Order |
| November 5, 2026 | Microsoft's Reply in Support of Motion for a Protective Order |

DATED this 22nd day of October, 2026.

By: */s/ Erin K. Earl*
Susan D. Fahringer, Bar No. 21567
Erin K. Earl, Bar No. 49341
Evan Molineux, Bar No. 62994
**ASHURST PERKINS COIE US LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
Susan.Fahringer@ ashurstperkins.com
Erin.Earl@ashurstperkins.com
Evan.Molineux@ashurstperkins.com

Colin Lubelczyk (pro hac vice)
**ASHURST PERKINS COIE US LLP**
1120 N.W. Couch St., Tenth Floor
Portland, Oregon 97209-4128
Telephone: +1.503.727.2000
Facsimile: +1.503.727.2222
Colin.Lubelczyk@ashurstperkins.com

*Attorneys for Defendant Microsoft Corporation*

By: */s/ Bradley S. Keller*
Bradley S. Keller , WSBA #10665

By: */s/ Jofrey M. McWilliam*
Jofrey M. McWilliam, WSBA #28441
**BYRNES KELLER CROMWELL LLP**
1000 Second Avenue, 38th Floor
Seattle, Washington 98104
Telephone: (206) 622-2000
bkeller@byrneskeller.com
jmcwilliam@byrneskeller.com

Brian Levin, *pro hac vice*
Nicholas Miranda, *pro hac vice*
**LEVIN LAW, P.A.**
2665 South Bayshore Drive, PH2B
Miami, Florida 33133
brian@levinlawpa.com
Nicholas@levinlawpa.com

Jonathan Waisnor, *pro hac vice*
James M. Fee, *pro hac vice*
Thomas G. Hoffman, Jr., *pro hac vice*
**LABATON KELLER SUCHAROW LLP**
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
jwaisnor@labaton.com
jfee@labaton.com
thoffman@labaton.com

*Attorneys for Plaintiffs*

**ORDER**

IT IS SO ORDERED.

Dated this 22nd day of October, 2026.

John H. Chun

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE