**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| ALEX BASICH, KRISTIN BONDLOW, MARQUIS BOYCE, JESSICA BREWER, and JAMARI BROWN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | No. 2:26-cv-00422<br><br>ORDER GRANTING MICROSOFT CORPORATION'S MOTION FOR A PROTECTIVE ORDER STAYING DISCOVERY UNRELATED TO ARBITRABILITY |

Having considered Defendant Microsoft Corporation's Motion for a Protective Order Staying Discovery Unrelated to Arbitrability (Dkt. 51) and all papers filed in support of and in opposition to the Motion, the rest of the file, and the governing law, the Court hereby ORDERS as follows:

1. Microsoft's Motion for a Protective Order is **GRANTED**.

2. In the interest of judicial economy, until the Court rules on Microsoft's Motion to Compel Arbitration and Stay Proceedings (Dkt. No. 34), all merits and class discovery shall be and hereby is stayed and discovery in this action is limited to issues related to the threshold question of arbitrability. While the stay is in effect, no party is required to answer or respond to,

supplement its answers or responses to, or produce documents or other materials, or make them available for inspection, in response to any discovery request that does not relate to arbitrability.

**IT IS SO ORDERED.**

DATED this 19th day of November, 2026.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE